THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 22, 2012



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

IN RE:    Godfrey Campbell,                    Case No. 12-30063-pp

          Debtor.                              Chapter 13

_____

**ORDER VACATING MORTGAGE MODIFICATION MEDIATION ORDER
AND HOLDING THAT THE DEBTOR IS NOT AUTHORIZED TO
PARTICIPATE IN THE MORTGAGE MODIFICATION MEDIATION
PROGRAM**

_____

The debtor filed a motion asking to participate in the Mortgage Modification Mediation ("MMM") Program. The creditor, **HSBC Bank, USA, National Association**, consented. On August 6, 2012, therefore, the Court signed a Mortgage Modification Mediation Order, authorizing the appointment of a mediator. Paragraph 1 of the order conditioned the debtor's participation in the program upon the debtor providing certain specified documents to the creditor by a stated deadline. The creditor now has withdrawn its consent to participate in the MMM Program, on the ground that the debtor has not complied with Paragraph 1 of the Mortgage Modification Mediation

1

Case 12-30063-gmh    Doc 39    Filed 10/23/12    Page 1 of 2

Order–specifically, that the debtor has not provided the required documents.

**WHEREFORE**, the Court hereby **VACATES** the August 6, 2012 Mortgage Modification Mediation Order, and holds that the debtor **is not authorized to participate in the MMM Program**.

# # # # #

2